# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| BRANDEN GRAYSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 11-0230-KD-B |
| | ) |
| ROBERT W. MONDAY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This action is before the Court on the Notice of and Stipulation of Settlement (doc. 6). The parties "notify the Court that they have entered into a settlement agreement to compromise all claims existing between them" and request dismissal with prejudice of this action with each party to bear its own court costs.

The stipulation is signed by all parties who have appeared in this action. Therefore, upon consideration of the stipulation, and pursuant to the provisions of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is **DISMISSED with prejudice** and the Clerk of the Court is directed to close this file.

No other order shall be forthcoming from the Court except upon application by either party for final judgment as prescribed by Rule 58 of the Federal Rules of Civil Procedure.

Each party shall bear their own court costs as stipulated.

**DONE** and **ORDERED** this the 9th day of August, 2011.

                                                  s / Kristi K DuBose  
                                                  **KRISTI K. DuBOSE**  
                                                  **UNITED STATES DISTRICT JUDGE**